```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY DEES, INC., PHILLIP MARKS, and STEPHEN KEVELSON, | |
| Plaintiffs, | C05-6954 SAS(TSZ) |
| v. | MINUTE ORDER |
| DEFENSE TECHNOLOGY SYSTEMS, INC., JOHN BRADY, EDWARD McPHEE, AND DANIEL McPHEE, | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| JOHN SCOTTO, | |
| Third-Party Defendant. | |

Having conducted a status conference on March 17, 2009, at which (i) Steven Legum, counsel for plaintiffs Jay Dees, Inc., Phillip Marks, and Stephen Kevelson, (ii) Eric Hutner and Mitchell Green, counsel for defendant John Brady, and John Brady, and (iii) third-party defendant John Scotto appeared telephonically, the Court now enters the following Minute Order:

(1)   This matter remains set for trial on April 20, 2009. Mr. Scotto is advised that he must retain an attorney who will be prepared to proceed to trial as scheduled or represent himself at trial.

(2)   The parties are directed to file a joint status report by 4:00 p.m. New York time on March 20, 2009, and to fax a copy to chambers at (206) 370-8831.

MINUTE ORDER - 1

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 18th day of March, 2009.

_____
Thomas S. Zilly
United States District Judge

MINUTE ORDER - 2