**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 05 CIVIL 6954 (TSZ)**

**JAY DEES, INC., PHILLIIP MARKS,** and **STEPHEN KEVELSON,**

Plaintiffs

v.

**DEFENSE TECHNOLOGY SYSTEMS, INC., JOHN BRADY, EDWARD McFEE, and DANIEL McPHEE**,

Defendants.

**STIPULATION AND ORDER**

AND NOW, this _____ day of ________________, 2011, upon consideration of the Motion to Enforce Surety's Liability of Plaintiffs Jay Dees, Inc. and Steven Kevelson and Defendant John Brady and the stipulation and agreement of the interested parties, it is hereby ORDERED that:

(i) International Fidelity Insurance Company ("IFIC") posted the Supersedeas Bond No. 0528312 [D.E. 237] (the "Bond") as surety for John Brady, and is holding collateral for same. IFIC shall within ten (10) days of the date of the Court's Order disburse proceeds from the collateral in the amount of $784,007.02 for compensatory and punitive damages as to Jay Dees and Kevelson (inclusive of post-judgment interest) to plaintiffs Jay Dees and Kevelson's counsel, MILITZOK & LEVY, P.A., as attorneys. This disbursement shall be in full satisfaction of the judgment in favor of Jay Dees and Kevelson;

(ii) IFIC shall within ten (10) days of the date of the Court's Order disburse proceeds from the collateral in the amount of $271,817.43 for compensatory and punitive damages as to Phillip Marks and John Scotto, as partial assignee of Phillip Marks (inclusive of post-judgment interest), to John Scotto's counsel, ROSENBERG FELDMAN SMITH LLP, as attorneys. This disbursement shall be in full satisfaction of the judgment in favor of plaintiff Philip Marks and assigns (including but not limited to John Scotto);

(iii) IFIC shall within ten (10) days of the date of the Court's Order disburse the balance of the collateral remaining after the aforesaid disbursements to counsel for defendant John Brady, OBERMAYER REBMANN MAXWELL & HIPPEL LLP, as attorneys; and

(iv) Once the disbursements set forth in (i) – (iii) of this Order are made, , IFIC's Bond shall be deemed fully and finally released and IFIC shall be fully and finally discharged of any and all liability pursuant to same.

BY THE COURT:

______________________________

, J.

SO STIPULATED AND AGREED AS TO SUBPARAGRAPHS (i) - (iv):

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

/s/ Ralph P. Ferrara, Esq.
Ralph P. Ferrara
Woodland Falls Corporate Park
200 Lake Drive East, Suite 110
Cherry Hill, New Jersey 08002
*Counsel for Defendant John Brady*

MILITZOK & LEVY, P.A.

/s/ Ely R. Levy, Esq.
Ely R. Levy, Esquire
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
*Co-Counsel for Plaintiff Jay Dees and Kevelson*

Steven G. Legum, Esq.
CARLUCCI & LEGUM
170 Old Country Road
Mineola, NY 11501
*Co-counsel for Plaintiff Jay Dees and Kevelson*

ROSENBERG FELDMAN SMITTH LLP

/s/ Richard Feldman, Esq.
Richard Feldman, Esq.
551 Fifth Avenue, 24th Floor
New York, New York 10176
*Attorney for Plaintiff John Scotto*

KILHENNY & FELIX

/s/ James Felix, Esq.
James Felix, Esquire
350 Seventh Avenue, Suite 1800
New York, NY 10001
*Trial Counsel for Plaintiff Phillip Marks*

INTERNATIONAL FIDELITY INSURANCE COMPANY

/s/ Brian E. Bragg, Esq.
By: Brian E. Bragg, Esq.
Assistant Vice President/Corporate Counsel
20th Floor
1 Newark Center
Newark, NJ 07102-5232

SOLOMON RICHMAN, P.C.

/s/ Theodore C. Richman, Esq.
Theodore C. Richman, Esquire
3000 Marcus Avenue, Suite 1E5
Lake Success, NY 11042
*Co-Counsel for Plaintiff Phillip Marks*